UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HECTOR CRUZ, and other similarly
situated individuals,

      Plaintiff,

v.         Case No: 2:13-cv-689-FtM-38DNF

TSI DISASTER RECOVERY, LLC
and HENRY ELMORE,

      Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Plaintiff Hector Cruz's Report Regarding Settlement (Doc. #30) filed on May 29, 2014. Plaintiff informs the Court that the parties are unable to settle this case and that they will submit an Amended Case Management Report. (Doc. #30 at ¶ 7). The Court, therefore, directs the parties to file an Amended Case Management Report within fourteen (14) days of this Order.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The parties shall prepare and file an Amended Case Management Report[2] that counsel for all parties sign by **June 19, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of June, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] Case Management Report forms are available online at http://www.flmd.uscourts.gov, then select Judicial Information, District Judges, and under the appropriate Judge's name, Case & Trial Management Forms.