UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HECTOR CRUZ, and other similarly-situated individuals,

    Plaintiff,

v.                                            Case No:   2:13-cv-689-FtM-38DNF

TSI DISASTER RECOVERY, LLC
and HENRY ELMORE,

    Defendants.
_____/

**ORDER**[1]

This matter is before the Court on review of the file.  On July 21, 2014, the Court issued a Case Management and Scheduling Order (Doc. #43), setting December 31, 2014, as the mediation deadline.  The deadline for mediation has now expired, and the parties have failed to advise the Court as to the status of mediation.  Also, the mediator must file a written report with the Court indicating, among other things, whether the case was settled within five (5) days following the conclusion of the mediation conference. (Doc. #43 at 9); see also M.D. Fla. Local R. 9.06(a).  To date, the Court has not received any such report.  The parties, therefore, are directed to comply with the Case Management and Scheduling Order and Local Rule 9.06.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is

**ORDERED:**

The parties shall advise the Court, in writing, on or before **January 21, 2015**, as to the status mediation in this case in accordance with the Case Management and Scheduling Order (Doc. #43) and this Court's Local Rules.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of January, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record