UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HECTOR CRUZ, and other similarly-situated individuals,

      Plaintiff,

v.                                               Case No: 2:13-cv-689-FtM-38DNF

TSI DISASTER RECOVERY, LLC, HENRY ELMORE, ROCK SOLID ENVIRONMENTAL, LLC and BRAD WILDE,

      Defendants.
_____/

## ORDER[1]

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #69) filed on March 20, 2015. Judge Frazier recommends granting the parties' Joint Motion for Judicial Approval of the Parties' Settlement Agreement, and for Dismissal With Prejudice (Doc. #66)[2] and Joint Memorandum Regarding Settlement (Doc. #68). (Doc. #69).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] Plaintiff has not properly served Defendant Rock Solid Environmental, LLC. (Doc. #51; Doc. #55). Nevertheless, the parties' Joint Motion for Judicial Approval of the Parties' Settlement Agreement seeks to dismiss this case as against all defendants, including Rock Solid Environmental, LLC. (Doc. #66 at 1 n.1).

report and recommendation.  See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of Judge Frazier's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #69).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #69) is **ADOPTED** and the findings incorporated herein.

2. The parties' Joint Motion for Approval of the Parties' Settlement Agreement, and for Dismissal With Prejudice (Doc. #66) is **GRANTED**, and the General Release and Settlement Agreement (Doc. #66-1) is approved as a fair and reasonable resolution of this case.

3. Defendant Rock Solid Environmental, LLC is **DISMISSED**.

4. The Court retains jurisdiction over this case until **July 24, 2015**, to ensure all payments under the General Release and Settlement Agreement (Doc. #66-1) are finalized.

5. This case is **DISMISSED without prejudice** subject to the right of any party, within four (4) months from the date of this Order, **July 24, 2015**, to submit a stipulated form of final judgment or request an extension of time should they so choose, or for any party to move to reopen the case upon a showing of good cause.  See M.D. Local R. 3.08(b).  Once that four (4) month period expires, this dismissal shall be deemed **with prejudice** without further order.

6. The Clerk of the Court is **DIRECTED** to terminate any previously scheduled deadlines and pending motions, and **administratively close** the case pending further Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3